| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Walton, Reggie B | 2. Court or Organization U.S. District Court D.C. | 3. Date of Report 06/20/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address E. Barrett Prettyman Cthse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | The Robert A. Shuker Scholarship Fund, Inc. |
| 2. Board of Directors | Second Genesis, Inc. |
| 3. Member | Dean's Advisory Counsel, American University College of Law |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | District of Columbia Courts Judicial Retirement Plan, no control |
| 2. 1995 | Four Kings, Inc. promissory note and commission on foreign commodities sales |
| 3. | |

RECEIVED 2006 JUN 26 A 11: 16 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | ▉ Aesthetic Dermatology and Dermatologic Surgery Center - Self Employed | |
| 2. 2005 | ▉ Washington Hospital Center - Medical Practice | |
| 3. 2005 | ▉ Human Performance Systems - Consultant | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Mt. Moriah Baptist Church | 03/12/05 Brockton, MA - Transportation |
| 2. The Federal Judicial Center | 03/17-18/05 New York, NY - Transportation, lodging and food expenses |
| 3. National Prison Rape Elimination Commission (NPREC) | 03/30/05 South Bend, IN - Transportation, lodging and food |
| 4. Cornell Law School | 04/09/05 Ithaca, NY - Transportaion, lodging and food |
| 5. Distirct of Columbia Courts | 04/28/05 Cumberland, MD - Transportation |
| 6. The National Judicial College | 06/20-23/05 Reno, NV - Transportation, lodging and food expenses |
| 7. The National Judicial College | 07/11-15/05 Reno, NV - Transportation, lodging and food expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B | 06/20/2006 |

| | |
|---|---|
| 8. Federal Justice Center | 07/25/05 New York, NY - Transportation, lodging and food expenses |
| 9. Federal Justice Center | 08/18-19/05 San Francisco, CA - Transportation, lodging and expenses |
| 10. Harvard Law School | 09/19-23/05 Cambridge, MA - Transportation, lodging and expenses |
| 11. Administrative Office of the United States Courts | 12/04-06/05 Las Vegas, NV - Transportation, lodging and food expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B | 06/20/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B | 06/20/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting<br><br>Walton, Reggie B | | Date of Report<br><br>06/20/2006 | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 1. Rushmore IRA #1, Fund for Gov't Investors; Gas Index Fund | A | Interest | J | T | | | | | |
| 2. Rushmore IRA #2, Fund for Gov't Investors | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100.000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walton, Reggie B | 06/20/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date   June 20, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA

J. CURTIS JOYNER
    JUDGE

8613 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106

(215) 597-1537

August 15, 2006

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Washington, DC     20544

Re: Calendar Year 2005 Filing

Dear Judge Smith:

    In response to your letter dated July 24, 2006, I submit the following information to address your concerns. The assets listed in Part VII, page 4, lines 2-5 and 8 of the 2005 report were all purchased in October, 2005. The values of each of the assets listed on lines 2-5 are less than $15,000 each and the asset listed on line 8 is over $15,000 and less than $50,000.

    If I can be of any further assistance, please do not hesitate to contact me at once. I sincerely regret any confusion that I may have caused.

Sincerely,



J. Curtis J
U.S. District       Judge

JCJ:nkj